**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLEVE S. BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 16 cv 8112 |
| v. ) | |
| ) | Judge Jorge L. Alonso |
| SALEH OBAISI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN**

**I.     Nature of the Case**

**A.  Basis for Federal Jurisdiction**

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging a violation of his Eighth Amendment Right. Accordingly, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331.

**B.  Nature of the Claim**

Plaintiff's Second Amended § 1983 Complaint alleges a violation of his Eighth Amendment right due to Defendants' alleged deliberate indifference to Plaintiff's serious medical need regarding his wisdom tooth extraction and its subsequent treatment. Defendants are Drs. Craig, Mitchell, and Obasi as well as Wexford Health Sources, Inc.

Defendant Mitchell answered Plaintiff's Second Amended Complaint denying all allegations of any wrongdoing whatsoever.

Defendant Craig answered Plaintiff's Second Amended Complaint denying all allegations of any wrongdoing whatsoever.

Defendants Obaisi and Wexford filed a motion to dismiss Plaintiff's Second Amended Complaint for failure to state a claim pursuant to Federal Rule 12(b)(6).

### C. Relief Sought

Plaintiff seeks compensatory damages, unknown injunctive relief, and reasonable fees and costs.

### D. Jury Demand

The parties request a jury trial on all triable issues.

### E. Parties not yet served

All parties are served.

## II. Discovery and Pending Motions

### A. Pending Motions

Defendants Obaisi and Wexford filed a motion to dismiss Plaintiff's Second Amended Complaint for failure to state a claim pursuant to Federal Rule 12(b)(6).

### B. Discovery and Case Management Plan

*1. Type of Discovery Needed*

The parties require written discovery, including records from the Illinois Department of Corrections and Plaintiff's outside treating physicians. The parties also require oral discovery, including party depositions and at least one outside treating physician deposition. The parties do not expect the need for electronic or bifurcated discovery.

*2. Proposed Protective Orders*

The Court entered the parties' HIPAA Qualified Protective Order on December 12, 2016. The parties do not expect to propose additional protective orders.

*3. Rule 26(a)(1) Disclosures*

The parties served their Rule 26(a)(1) disclosures.

4. *Fact Discovery Deadline*

The parties request a November 30, 2017 deadline to complete fact discovery.

5. *Expert Discovery*

The parties expect to conduct expert discovery, and request a March 30, 2018 deadline to complete expert discovery, with the following deadlines:

a. Plaintiff to disclose by December 29, 2017;

b. Deposition of Plaintiff's expert to be completed by January 31, 2018;

c. Defendants to disclose by February 28, 2018; and

d. Deposition of Defendants' experts to be completed by March 30, 2018.

III. **Settlement and Referrals**

A. **Settlement Discussions**

The parties have not engaged in any settlement discussions to date.

B. **Settlement Conference**

A settlement conference before this Court or the Magistrate Judge is premature at this time. The parties are not, however, foreclosing the prospect of engaging in settlement discussions during the course of discovery or thereafter. Before engaging in such discussions, the parties first require additional discovery, including Plaintiff's oral testimony.

C. **Magistrate Judge**

Counsel informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment.

The parties do not unanimously consent to proceed before the assigned Magistrate for all purposes.

Respectfully Submitted,

<u>s/ Mark Rotert</u>
Mark L. Rotert
Stetler, Duffy & Rotert, Ltd.
10 South LaSalle, Suite 2800
Chicago, IL 60603
(312)3380214
mrotert@sdrlegal.com

*Attorney for Plaintiff*

<u>s/ Robert Tengesdal</u>
Robert Steven Tengesdal
Samantha Yozze
Bollinger Connolly Krause LLC
500 West Madison Street, Suite 2430
Chicago, IL 60661
(312) 253-6200
rtengesdal@bollingertrials.com

*Attorneys for Defendants Craig, Obaisi, and Wexford*

<u>s/ Michael C. Stephenson</u>
Michael Charles Stephenson
Office of the Attorney General
General Law
100 W. Randolph St., 13 Floor
Chicago, IL 60601
(312) 814-4752
MStephenson@atg.state.il.us

*Attorney for Defendant Mitchell*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 3, 2017, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Michael C. Stephenson*
