**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CLEVE S. BRADFORD,

                       Plaintiff,

        v.

WEXFORD HEALTH SOURCES,
INC., et al.

                    Defendants.

Case No. 16-CV-8112

Judge Jorge L. Alonso

**MOTION FOR RELIEF FROM ASSIGNMENT AND FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

      MARK L. ROTERT, a member of this Court's Trial Bar and court-appointed counsel for Plaintiff Cleve S. Bradford, respectfully requests relief from his assignment as court-appointed counsel and for leave to withdraw his Appearance as counsel for the Plaintiff. Pursuant to Local Rule 83_38(a)(1), Movant states as follows:

      1.    Movant was appointed by this Court on August 22, 2016 to serve as counsel for Plaintiff Cleve S. Bradford, who previously filed a *pro se* Complaint alleging a violation of his constitutional rights. Docket Number 5.

      2.    Since the time of his appointment, Movant has sought to discharge his responsibilities to Plaintiff, including by communicating directly with Plaintiff by telephone and through correspondence, filing an Amended Complaint, responding to written discovery requests by defendants, and issuing written discovery.

      3.    Movant recently accepted a position as Director of the Conviction Integrity Unit (CIU) at the Cook County State's Attorney's Office and he will begin that job effective July 1,

2017. Because the Cook County State's Attorney's Office is an agency of Illinois government, Movant has concluded that it would pose a conflict of interest for Movant to continue representing Plaintiff in this case while serving as Director of the CIU.

4. Movant has sent a letter to Plaintiff Bradford notifying him of his intent to file this Motion and the reasons for the Motion.

5. Movant will cooperate fully with successor counsel to provide Movant's file materials and to assure a transition of the representation that does not cause undue delay to the progress of this law suit.

WHEREFORE, Mark L. Rotert respectfully requests relief from his assignment by this Court as counsel to Plaintiff Cleve S. Bradford, and he requests leave to withdraw as counsel for Plaintiff.

Date: May 30, 2017                                Respectfully submitted,

                                                  MARK L. ROTERT

                                                  By: /s/ Mark L. Rotert_____

                                                  Stetler & Rotert, Ltd.
                                                  10 S. LaSalle Street, Suite 2800
                                                  Tel: (312) 338-0200
                                                  Fax: (312) 338-0070
                                                  mrotert@sdrlegal.com

                                                  *Attorney for Plaintiff Bradford*

## <u>CERTIFICATE OF SERVICE</u>

 I, Mark L. Rotert, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Motion For Relief From Assignment and For Leave To Withdraw** to be filed via the Court's CM/ECF Online filing system and to be served upon all counsel of record on this 30th day of May, 2017.

<em>/s/ Mark L. Rotert_____</em>