## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Cleve S. Bradford
                              Plaintiff,

v.                                                Case No.: 1:16–cv–08112
                                                        Honorable Jorge L. Alonso

Wexford Health Sources, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

       MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 11/7/17 at 9:30 a.m. Plaintiff shall serve a settlement demand on Defendants by 10/18/17. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.